IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YIPIN LONG, | : |
| | : |
| | : CIVIL DIVISION |
| Plaintiff, | : |
| | : No.: 3:21-cv-00014-KRG |
| v. | : |
| JASON JIMENEZ,, | : |
| | : |
| | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL PURSUANT TO F. R. CIV. P. 41(a)(1)(ii)**

TO THE CLERK OF COURT:

The above-entitled action having been amicably resolved by and between the parties, it is hereby stipulated and agreed pursuant to F.R.C.P. 41(a)(1)(ii) that the same be and is hereby dismissed with prejudice, with each party to bear its own costs.

Respectfully Submitted,

**SIMON & SIMON, P.C.**

/s/ *Ashley Henkle, Esq.*
Ashley Henkle, Esquire
*Attorney for Plaintiff*

**MARGOLIS EDELSTEIN**

/s/ *Dennis J. Geis, Jr., Esq.*
Dennis J. Geis, Jr., Esquire
*Attorney for Defendant*

AND NOW, this 5th day of October, 20 22.
IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE